

## U.S. Department of Justice

**John W. Vaudreuil**
**United States Attorney**
**Western District of Wisconsin**

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

*Address:*
222 West Washington Ave, Suite 700
Madison, Wisconsin 53703

June 28, 2016

The Honorable Stephen L. Crocker
United States Magistrate Judge
United States District Court
120 North Henry Street
Madison, WI 53703

   Re: *United States v. Leon Fadden*
      Case No. 15-cr-100-wmc

Dear Judge Crocker:

  I write to request a telephone conference so the parties can address with the Court the status of Fadden's pro se notices, filed on March 7, 2016, and docketed at #39. Fadden filed the notices presumably as a pretrial motion, consistent with the Court's order on February 11, 2016, that he file any pretrial motions by March 3, 2016. The Court ordered that the government file its response to Fadden's motion by March 15, 2016, and ordered that Fadden file any reply by March 22, 2016. (3/7/16 Docket Entry). The United States filed its brief in opposition on March 14, 2016, (Docket #48), and Fadden did not file a reply.

  Attorney Peter Moyers was appointed to represent Fadden on May 4, 2016. The Court ordered that any request for leave to file pretrial motions and status on previously filed motions was due on May 25, 2016. (Docket #60). On May 25, 2016, Mr. Moyers filed a letter with the Court stating that he was filing no pretrial motions on Fadden's behalf, (Docket #66), but the letter was silent with respect to Fadden's earlier motion. It is unclear whether Fadden has withdrawn this motion or whether he still wants the Court to rule on it. The United States respectfully requests a brief telephonic status conference to clarify the issue. If Fadden is still pursuing this motion, the United States respectfully requests that it be denied.

             Very truly yours,

             JOHN W. VAUDREUIL
             United States Attorney

       By: _____/s/_____
          MEREDITH P. DUCHEMIN
          Assistant United States Attorney

Cc: AUSA Graber