

**U.S. Department of Justice**

***John W. Vaudreuil***
***United States Attorney***
***Western District of Wisconsin***

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

July 1, 2016

Mr. Peter Moyers
Federal Defender Services of Wisconsin, Inc.
22 E. Mifflin Street, Suite 1000
Madison, WI 53703

    Re:    *United States v. Leon Fadden*
            15-cr-100-wmc

Dear Mr. Moyers:

    Enclosed is a disc containing discovery Items 1-1744. Items 1733-1744 are additional to what has already been provided. The disc is password protected and you will receive an email with the password today.

    If you have any questions regarding this material, please do not hesitate to contact me at (608)264-5158.

                        Very truly yours,

                        JOHN W. VAUDREUIL
                        United States Attorney

                By:    /s/
                        MEREDITH P. DUCHEMIN
                        DANIEL J. GRABER
                        Assistant United States Attorneys

Enclosure