UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    vs.                                        Case No. 15-cr-100-wmc

LEON FADDEN,

        *Defendant*.

---

### DEFENDANT'S NOTICE REGARDING PRETRIAL MOTIONS

Leon Fadden, by counsel, files this notice, stating that he does not withdraw any pretrial motion he has filed in this case. In particular, he stands behind his pro se pleading at docket entry 39 and the relief it requests. However, per his letter notice at docket entry 66, Fadden does not wish to raise any additional pretrial motions, nor does he wish to further brief any pending motion.

Dated this 7th day of July, 2016.

                                          Respectfully submitted,
                                        LEON FADDEN, Defendant

                                        */s/ Peter R. Moyers*
                                        Peter R. Moyers

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 E Mifflin Street, Suite 1000
Madison, WI 53703
Tel: 608-260-9900
Fax: 608-260-9901
peter_moyers@fd.org