IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| v. | 15-cr-100-wmc |
| LEON FADDEN, | |
| Defendant. | |

_____

Defendant Leon Fadden's motion (dkt. 70) to remove the curfew imposed as a condition of pretrial release is DENIED. This is because the Pretrial Services Office (PTSO) in the Southern District of Florida opposes the request. Removing the curfew, or narrowing it in the fashion proposed by the court, would impinge on the PTSO's ability to conduct home visits. Further, as a practical matter, the PTSO observes that Fadden is not an early riser, and the existing curfew allows him enough time to perform all his work, chores, errands and other activities away from his residence. This court's view was–and remains–that Fadden, as a guest of the PTSO in Southern Florida, is not in a position to move its furniture.

This court allowed Fadden to move to Florida to accept highly remunerative employment while this case awaits trial in October. The government opposed the move; indeed, it stands by its position that this court should have detained Fadden already, given his earlier disregard for the orders and directions of the court and this district's PTSO. Given all this resistance to Fadden's proposal, as far as pretrial release conditions go, this is as good as it's going to get for Fadden. The curfew set by the PTSO in Miami remains in place.

Entered this 11th day of July, 2016.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge