IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER FOR DEFENDANT TO APPEAR IN PERSON AT OCTOBER 11 FINAL HEARING |
| v. | |
| LEON FADDEN, | 15-cr-100-wmc |
| Defendant. | |

_____

The original August 6, 2015 scheduling order in this case directs that defendant Leon Fadden must personally attend the final hearing with the trial judge. *See* dkt. 7 at ¶ 7. This remains true, and it is particularly important in light of the court's receipt on October 5, 2016 of Fadden's Motion To Dismiss Counsel of Record. *See* dkt. 90.

Therefore it is ORDERED that defendant Leon Fadden–who refers to himself as Leon-Ralph III: Fadden–shall appear in person in Courtroom 250 at 3:00 p.m. on October 11, 2016 for the Final Hearing in this case.

Defendant's failure to appear for this hearing will result in the court issuing a bench warrant for his arrest.

Pending this final hearing, defendant's appointed attorneys remain his representatives in this court for all purposes.

Entered this 6th day of October, 2016.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge